RECEIVED
IN LAKE CHARLES, LA

OCT 21 2014

TONY R. MOORE, CLERK
BY_____
         DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| SAMUEL K. GALBRAITH, | * | CIVIL ACTION NO. 2:13-cv-2583 |
| Plaintiff, | * | |
| v. | * | JUDGE MINALDI |
| WARDEN HOWARD PRINCE | * | |
| Defendant. | * | MAGISTRATE JUDGE KAY |

*************************************************************

## ORDER

For the reasons stated in the Report and Recommendation [Doc. 5] of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the plaintiff's application for the writ of *habeas corpus* [Doc. 1] be and hereby is **DISMISSED, WITH PREJUDICE.**

Considering the record in this case and the requirements of 28 U.S.C. § 2254, the court hereby finds that a certificate of appealability is **DENIED** because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

Lake Charles, Louisiana, this 20 day of October, 2014.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE